THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CHARLES LEONE, Appellant.

(Argued March 5, 1934; decided April 17, 1934.)

*Robert M. Hitchcock* and *Joseph C. White* for appellant.
*Glenn W. Woodin, District Attorney*, for respondent.
Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN,
HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.